UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Freddie Louis Dillard,

      Plaintiff,

v.                                        Civ. No. 06-868 (JNE/JJG)
                                        ORDER

Edward S. Wilson,

      Defendant.

In a Report and Recommendation dated March 30, 2006, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Plaintiff's Application to Proceed *In Forma Pauperis* be denied and that this action be dismissed without prejudice. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's Application to Proceed *In Forma Pauperis* [Docket No. 3] is DENIED.

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 21, 2006

                                                                     s/ Joan N. Ericksen
                                                                     JOAN N. ERICKSEN
                                                                     United States District Judge